**Gregory Oliver RUSTIN,**
**Plaintiff–Appellant,**

v.

**William TORRES, Doctor; County of Henrico Sheriff's Department, Defendants–Appellees.**

**No. 02–6012.**

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2002.

Decided May 31, 2002.

Gregory Oliver Rustin, Appellant Pro Se. Edward Joseph McNelis, III, Rawls & Mcnelis, P.C., Richmond, Virginia; Jacqueline Guess Epps, Morris & Morris, Richmond, Virginia, for Appellees.

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Gregory Oliver Rustin appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Rustin v. Torres*, No. CA–01–441–3 (E.D.Va. Dec. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*